09 cv 14 (RMU)

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

DANIEL C. STOKES
2140 NW 78th Street
Building 5, Apartment 106
Pembroke Pines, FL 33024

NIXIE          330    DE 1           00  08/27/09

                RETURN TO SENDER
                NO SUCH STREET
                UNABLE TO FORWARD

BC: 20001286599         *0198-09400-27-28

Nancy Mayer Whittington, Clerk
US District Court, District of Columbia Circuit
Mail Room

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.440
0004634648    AUG 21 2009
MAILED FROM ZIP CODE 20001

AUG 3 1 2009