IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL C. STOKES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No.: 1:09-CV-00014-RMU |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION ("AMTRAK") ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ENTRY OF APPEARANCE**

Please enter the appearance of Anna C. Haac, Covington & Burling LLP, as counsel in the above-captioned action for plaintiff Daniel C. Stokes.

I certify that I am admitted to practice in this court.


Dated: October 7, 2009

Respectfully submitted,

 /s/
Anna C. Haac (D.C. Bar No. 979449)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC  20004
Tel: (202) 662-5863
Fax: (202) 778-5863
email: ahaac@cov.com