IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL C. STOKES )<br>)<br>    Plaintiff, )<br>)<br>V. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION ("AMTRAK") )<br>)<br>    Defendant. )<br>_____ ) | Civil No.: 1:09-CV-00014-RMU |

## **ENTRY OF APPEARANCE**

Please enter the appearance of Jeffrey G. Huvelle, Covington & Burling LLP, as counsel in the above-captioned action for plaintiff Daniel C. Stokes.

I certify that I am admitted to practice in this court.

Dated: October 7, 2009

Respectfully submitted,

　/s/　　　　　　　　　
Jeffrey G. Huvelle (D.C. Bar No. 227769)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC  20004
Tel: (202) 662-5526
Fax: (202) 778-5526
email: jhuvelle@cov.com